# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGE
### ATHENS DIVISION

**REGINA JONES**
  **Plaintiff,**

**v.**

**SANOFI-AVENTIS, US, INC., et al,**            **CIVIL ACTION NO.**
  **Defendants.**                             **3:23-cv-00057-TES**

## CONSENT MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, comes Plaintiff Regina Jones, through undersigned counsel, who moves for entry of an order of dismissal with prejudice of all named defendants in this matter with each party to bear their own costs. Counsel for Sanofi has been contacted and consents to the relief requested herein.

Dated: September 6, 2023                Respectfully submitted,

                                        */s/M. Palmer Lambert*
                                        M. Palmer Lambert (#33228)
                                        PENDLEY, BAUDIN & COFFIN, L.L.P.
                                        1100 Poydras Street, Suite 2225
                                        New Orleans, Louisiana 70163
                                        Phone: (504) 355-0086
                                        Fax: (504) 355-0089
                                        plambert@pbclawfirm.com

                                        *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ M. Palmer Lambert*
M. PALMER LAMBERT