IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| REGINA JONES, | * |
| Plaintiff, | * |
| v. | Case No.  3:23-cv-57-TES |
| | * |
| SANOFI-AVENTIS, US, INC., et al, | |
| | * |
| Defendants. | |
| | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated September 7, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case with prejudice.

This 7th day of September, 2023.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk